UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

V.  Court No. 1:12CR073-LG-RHW-001

ADAM WILLIAMS

ORDER

THIS CAUSE came on for consideration upon the United States of America's motion [25], pursuant to 18 U.S.C. § 3613(a) and § 3664(n), requesting that the Court order the Bureau of Prisons to turn over $755.00 to the Clerk of Court from funds held in Adam Williams's inmate trust account as payment for the criminal monetary penalties imposed in this case.

As set forth in the United States' motion, the Bureau of Prisons maintains in its possession, custody, or control, over and above, $755.00 in funds belonging to Williams that are currently in his inmate trust account.  For the reasons stated in the motion, the Court finds the motion is well-taken and should be granted.

THEREFORE, IT IS HEREBY ORDERED that the United States of America's Motion to Authorize Payment from Inmate Trust Account is GRANTED;

IT IS FURTHER ORDERED that the Bureau of Prisons shall turn over to the United States District Clerk of Court, 501 E. Court Street, Suite 2.500, Jackson, MS  39201, and the Clerk of Court shall accept $755.00 in funds currently held in the inmate trust account for the following inmate:

    Adam Williams - Register No. 16770-043

The Clerk of Court shall apply these funds as payment toward the criminal monetary penalties owed by Defendant in this case.

**SO ORDERED AND ADJUDGED** this the 20th day of May, 2021.

*s/ Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge